**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 21-CR-20239-COOKE _____

**UNITED STATES OF AMERICA**

v.

**KERRY SCOTT LANE,**

    **Defendant.**

_____/

## AGREED FACTUAL BASIS FOR GUILTY PLEA

Kerry Scott Lane (hereinafter referred to as the "Defendant" or "LANE") hereby acknowledges that, if this case were to go to trial, the United States would establish the following facts beyond a reasonable doubt:

From in or around October 2019 and continuing through in or around September 2020, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the Defendant did knowingly and willfully combine, conspire, and agree with others to dispense without authorization of law and distribute a controlled substance, including Oxycodone, in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(C).

General Care Center Inc. ("GCC") was a cash-only pain clinic located in Miami, Florida. Habib Palacios, who lacked medical training and licensing, owned and operated GCC. Palacios hired LANE to prescribe controlled substances to GCC patients as part of a pill mill scheme. GCC patients paid a cash fee of between $250-$300 in exchange for an Oxycodone prescription, typically Oxycodone Hydrochloride 30 mg. In exchange for his participation in this scheme, LANE was typically paid $100 per patient, in cash.

1

While employed at GCC, LANE knowingly prescribed Oxycodone Hydrochloride 30 mg to patients who did not have a legitimate medical need for the medication. For example, some of the patients for whom LANE prescribed Oxycodone appeared young and healthy, and some patients' requests for Oxycodone were inconsistent with their medical history, their descriptions of their pain, and/or their patient files. Nevertheless, LANE prescribed Oxycodone to all or nearly all of the patients he saw at GCC because Palacios directed him to do so. During his period of employment at GCC, LANE prescribed approximately 1,470 grams of Oxycodone to patients who had no legitimate medical need for the drug. LANE issued these prescriptions outside the usual course of his professional practice.

The preceding statement is a summary, made for the purpose of providing the Court a factual basis for my guilty plea to the charges against me. It does not include all of the facts known to me concerning the criminal activity in which I and others engaged. I make this statement knowingly and voluntarily and because I am in fact guilty of the crimes charged.

Date: 1/16/2021      By: _____
                          KERRY LANE
                          Defendant

Date: 1/19/21        By: _____
                          JONATHAN MELTZ
                          Counsel for Defendant

Date: 3/22/21        By: _____
                          ALEXANDER THOR POGOZELSKI
                          Trial Attorney
                          United States Department of Justice
                          Criminal Division, Fraud Section