Richard Heathwood
███████████ Westtown, N.Y.
(H) ███████
(C) ███████

---

July 25, 2021

To: Judge Marcia Cooke

Good day Your Honor,

I'm writing on behalf of my best friend Kerry Scott Lane whom I've known for the past sixty years.

I met Kerry in the sixth grade when I moved to Sparta, N.J. We became fast friends pretty much inseparable through our young years. We spent our days boating, skiing and swimming on the local lake always on the go. From the age of fifteen on we always worked at odd jobs (dishwashers, lifeguards, house painting etc.)

In High School Kerry was very motivated and excelled in his academic studies (me not so much) he is the most intelligent person I have ever met and always had the desire and drive to achieve his goals. I believe he knew in the eighth or ninth grade that he would become a doctor. Upon graduation Kerry was off to Brown University and I attended a State College studying Criminal Justice going on to a thirty five year career with the New York State Police ten of those spent on a DEA task force in New York City.

Kerry went on to medical school in Cincinnati and eventually became an anesthesiologist. He ended up in south Florida working in major trauma center hospitals. He was always so proud of the work he did and the lives he saved. During those years we remained in constant contact and would visit as often our hectic schedules would allow.

I have spoken often with Kerry in the past several months and know he is very remorseful for his current situation and takes full responsibility for his actions. He is ready to accept the consequences of his actions and will come through this a stronger and better person.

Kerry is a man of great character and beliefs who has spent his whole life helping people. Surely the person he is can not be defined by his current situation.

I will be here to support Kerr now and in the future.

Sincerely,

_____
Richard Heathwood