

**Singh & Associates**
ATTORNEYS AT LAW

**Exhibit 2**

200 CENTRAL PARK SOUTH, SUITE 8Q
NEW YORK, NEW YORK 10019 USA
646.359.0413 ■ FAX 212.307.7968

August 9, 2021

Honorable Marcia G. Cooke
Wilkie D. Ferguson, Jr. United States Courthouse,
400 North Miami Avenue,
Room 11-2,
Miami, Florida 33128

      Re:    Dr. Kerry S. Lane
               *USA v. Lane*
               No.: 21-cr-20239-MGC-1

Dear Judge Cooke,

    I am an attorney registered in the State of New York and the United States Patent and Trademark Office ("USPTO"). Dr. Kerry S. Lane contacted me recently regarding the guilty plea entered by him before your Court in connection with the referenced matter.

    Dr. Lane has briefly discussed with me by telephone his actions leading to his conviction for the crime, and expressed his regrets for what has happened. He has expressed a desire to move forward and requested that I write this letter to Your Honor in his behalf.

    I have worked with Dr. Lane on and off since about 1997 on various legal matters relating to his work as an inventor of technology that relates to medically-related issues. I have filed patent applications in the USPTO on Dr. Lane's behalf, and successfully obtained United States patents based on the applications. I have also provided legal services to Dr. Lane in connection with his rights arising from such patents. More specifically, the patent rights relate to technology having important societal benefits, such as safer tobacco products and treatments of autism.

    Over the course of these years in working with him, in particular, representing him before the United States Patent and Trademark Office, I have found Dr. Lane to be a forthright and honest individual. He has always provide me with accurate and correct information relating to his inventions, and guided me with respect to his inventions to fulfill the requirements of the USPTO with respect to candor and full disclosure during prosecution of his patent

Honorable Marcia G. Cooke
August 9, 2021
Page 2

applications.  During my work with Dr. Lane, he has often expressed his desire to benefit society by addressing important medical issues relating to tobacco and autism in young children.  In this, Dr. Lane has consistently given priority to the potential societal benefits from his inventions, as opposed to any personal financial gains.

In conclusion, I respectfully request Your Honor to consider during Dr. Lane's sentencing the above professional experiences that I have had in my work with him since about 1997.  I would like to suggest with sincerity to Your Honor that Dr. Lane's ability to continue working in the above-mentioned important health and medical fields would be hampered by prolonged incarceration.

Respectfully submitted,

Karan Singh