**Exhibit 3**

# KILE PARK REED & HOUTTEMAN, LLC

1101 30th Street, NW
Suite 500
Washington, DC 20007
WWW.KILEPARK.COM

TELEPHONE (202) 263-0808
FAX (703) 485-1022
SHOUTTEMAN@KILEPARK.COM

July 29, 2021

Honorable Marcia G. Cooke
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue
Room 11-2
Miami, Florida 33128

Re: Kerry S. Lane, *USA v. Lane*, No. :21-cr-20239-MGC-1

Your Honor,

I write concerning Dr. Kerry S. Lane. I am aware that Dr. Lane has pleaded guilty to a conspiracy to distribute and dispense controlled substances, particularly Oxycodone and I do not minimize the seriousness of these charges.

I want to give you the benefit of my experience with Dr. Lane. I am a patent attorney and a partner in an Intellectual Property law firm, in practice for over 17 years. Together with my colleague, Bradford Kile, I have worked with Dr. Lane in drafting, prosecuting and obtaining several Patents which Dr. Lane obtained in the interests of advancing public health.

These Patents; Nos. 6,786,221; 6,637,438 and 6,058,940; are drawn to processes of removing aflatoxins from tobacco. Aflatoxins are produced by a fungus that can contaminate tobacco and these patents disclose methods of detecting and removing the toxins. Dr. Lane obtained these patents in connection with his ongoing public health crusade against the tobacco industry and their harmful products. He intended to use his patents not so much for his own benefit but for the benefit of others, to force the industry into producing a safer product.

Dr. Lane worked with us for over fifteen (15) years, from the drafting and filing of his first provisional applications in May of 1997 up through his efforts to enforce this patents against various tobacco companies in 2012. He visited our offices in D.C., for example, when in town testifying before Congress in support of increased FDA tobacco regulation. During all of this time we have found Dr. Lane to be open and honest. He is genuinely concerned with public health issues and has worked toward this end throughout our years together. In sentencing Dr. Lane, we hope you consider not only the seriousness of his crime but also the potential benefit to society possible only after he is released.

Sincerely,

Scott Houtteman