Prof. J.M. Dumanov
subClinical Research Diagnostic Medical Mycology  Immunology Allergology Toxicology
Mycological Institute EU UK  US  Dir. subClinical Research Group
ISHAM EAACI EUROTOX  ACGIH  APA   AIHA ERT IEEE IBEW FCC
medcialmycologist@gmial.com     + 01 973 726 9559

Judge Marcia G. Cooke
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue, Room 11-2
Miami, Florida 3312

30 July 2021

My name is Josef Dumanov. I am a medical research scientist and not a M.D.  I'm in the field of clinical epidemiology; and reside in Sparta, New Jersey. Sparta is the home town of Dr.  Kerry Lane; and was a rural and very modest farmland/ country area during Dr. Lane's youth.

I've been acquainted with Dr. Lane for over fifteen (15) years, as both a research associate and at times, my own physician. During this time span, I've gotten to know to know him personally. He has always been kind and generous in aiding  patients, family and friends; and  diligently monitoring their overall condition.  Dr. Lane has often reached out to strangers upon hearing about their diseases or disorders; and has given them free diagnoses. He makes certain that they receive the best treatment as such is unfortunately not always available from their own physicians. The majority of doctors do not have the time, or the ability/ desire to conduct ongoing research for their patients with the same fervor and commitment as Dr. Lane has exhibited in these respects.

Because of his ongoing study and research on a clinical molecular level, Dr. Lane has helped me in a case study of my own. This case was nationally featured in medical journals and involved a female patient who was given a terminal diagnosis involving  brain cancer, specifically sphenoid sinus mycetoma. She was expected to not live longer than six (6) months. Dr. Lane reviewed this case; and provided additional diagnostic leads that were, at that time, unrecognized/unknownby a major health institution. With Dr. Lane's research-based diagnosis and my own lab work, I submitted a different diagnosis for this particular patient and classified the illness as a mycosis. As a result of Dr. Lane's efforts, as well as mine, the patient's treatment course was changed; and she was cured within two (2) months. This case became a national TV documentary ["To her Last Breath," a2011 episode on "Mystery Diagnosis" that aired on the Oprah WInfery Network](#)

Dr Lane has also intervened in my own health crises, enhancing my treatment I was receiving from other physicians.

For over a decade, Dr. Kerry Lane has been conducting his relentless study and research commitment for children who suffer from Autism. He also established  [The Palm Beach Autism Institute.](#)

I felt shock and disbelief upon hearing of Dr. Lane's current legal case.  I am not aware of all the details, but find it extremely difficult to believe he would have deliberately and knowingly committed crimes!

I had seen him often in the past few years. Sadly, during the past four (4) years, Dr. Lane has had some very difficult personal losses, including the death of his mother, his brother and quite tragically, the death of his young son with whom I was acquainted and for whom I held such high hopes.

I also learned that in the past year, Dr. Lane's long-time significant other, also a healthcare had developed a neuroparalysis and had become hospitalized. She is now in a healthcare facility.  Dr. Lane continues his support for her.

Based upon my friendship with Dr. Lane; and knowledge of his character, I feel strongly that any wrongs committed by Dr. Lane or lapses in judgment, were precipitated by personal difficulties as I have described above herein.

I hope and pray that if possible, there is some way that Dr. Lane may be shown some degree of mercy in his current legal case; and still be able to aid in research and patient care.

Your Honor, Thank you very much for your kind attention.

Josef Dumanov

*Jos. Dumanov*